MARK D. LONERGAN (SBN 143622)
mdl@severson.com
REBECCA S. SAELAO (SBN 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

Daniel M. Hutchinson (SBN 239458)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
dhutchinson@lchb.com

Attorneys for Plaintiff and putative Class Members

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALBERT PIETERSON, *on behalf of himself and all others similarly situated*,<br><br>                    Plaintiff,<br>      v.<br><br>WELLS FARGO BANK, N.A.,<br><br>                    Defendant. | Case No. 3:17-cv-02306-EDL<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| JOHN HASTINGS, *on behalf of himself and all others similarly situated*,<br><br>                    Plaintiff,<br>      v.<br><br>WELLS FARGO BANK, N.A.,<br><br>                    Defendant. | Case No. 3:17-cv-03633-EDL |

07685.1850/15165554.1     STIPULATION OF DISMISSAL WITHOUT PREJUDICE
Case Nos. 3:17-cv-02306-EDL & 3:17-cv-03633-EDL

WHEREAS, Plaintiffs Albert Pieterson and John Hastings ("Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Defendant") are parties to the Settlement Agreement reached in *Prather v. Wells Fargo Bank, N.A.*, Case No. 17-cv-00481 (N.D. Ill.), Dkt. 80-1, which was granted final approval by the court in *Prather* on December 10, 2019, Dkt. 129.

NOW, therefore, Plaintiffs and Defendant **HEREBY STIPULATE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this case be **DISMISSED WITHOUT PREJUDICE**, with the parties to bear their own costs and fees, except as set forth in the parties' Settlement Agreement, *Prather* Dkt. 80-1.

**IT IS SO STIPULATED**.

DATED:   December 19, 2019          GIRARD SHARP LLP

                                    By:   */s/ Angelica Ornelas*
                                          Angelica Ornelas

                                    Attorneys for Plaintiff ALBERT PIETERSON,
                                    *on behalf of himself and all others similarly situated*

DATED:   December 19, 2019          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                    By:   */s/ Daniel M. Hutchinson*
                                          Daniel M. Hutchinson

                                    Attorneys for Plaintiff JOHN HASTINGS,
                                    *on behalf of himself and all others similarly situated*

DATED:   December 19, 2019          SEVERSON & WERSON
                                    A Professional Corporation

                                    By:   */s/ Rebecca S. Saelao*
                                          Rebecca S. Saelao

                                    Attorneys for Defendant WELLS FARGO BANK, N.A.

**ATTESTATION**

I, Rebecca S. Saelao, am the ECF user whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I certify that concurrence in this filing has been obtained from all of the other signatories.

Dated:   December 19, 2019                              By: */s/ Rebecca S. Saelao*